WILMER CUTLER PICKERING
  HALE AND DORR LLP
Christopher T. Casamassima (CA Bar. No. 211280)
Chris.Casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Andrew E. Shipley (admitted *pro hac vice*)
Andrew.Shipley@wilmerhale.com
Souvik Saha (admitted *pro hac vice*)
Souvik.Saha@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6283
Facsimile: (202) 663-6363

Attorneys for Defendant *Northrop
Grumman Systems Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KST Data, Inc.,<br><br>                    Plaintiff,<br><br>          v.<br><br>Northrop Grumman Systems Corporation,<br><br>                    Defendant. | CASE NO. 2:17-CV-05125-MWF-PJWx<br><br>**JOINT REQUEST FOR A STATUS UPDATE REGARDING NORTHROP GRUMMAN'S PENDING MOTION FOR SUMMARY JUDGMENT**<br><br>Before:      Hon. Michael W. Fitzgerald<br><br>Pretrial Conf.:    May 20, 2019<br>Trial Date:        June 11, 2019<br>Action Filed:      June 14, 2017 |

Plaintiff KST Data, Inc. ("KST") and Defendant Northrop Grumman Systems Corporation ("Northrop Grumman") (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully submit this Joint Request:

WHEREAS, on January 25, 2019, Northrop Grumman filed its Motion for Summary Judgment (the "MSJ") (Dkt. No. 77);

WHEREAS, on February 1, 2019, the Court continued the hearing date for the MSJ to March 4, 2019 (Dkt. No. 83);

WHEREAS, on March 4, 2019, the Court heard oral argument by the Parties regarding the MSJ and took the matter under submission (Dkt. No. 98);

WHEREAS, pursuant to the Court's Scheduling Order, the trial date for this action is June 11, 2019 and the deadline to file initial trial-related documents, including motions *in limine*, is April 29, 2019 (Dkt. No. 29);

WHEREAS, in light of the Court's Scheduling Order and the upcoming deadlines therein,

THE PARTIES HEREBY RESPECTFULLY SUBMIT, by and through their undersigned counsel, this Joint Request for a status update or status conference regarding the timing of the Court's anticipated resolution of Northrop Grumman's pending Motion for Summary Judgment.

Dated: April 16, 2019

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:  */s/ Christopher T. Casamassima*

Christopher T. Casamassima (SBN 211280)
Chris.Casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Andrew E. Shipley
Andrew.Shipley@wilmerhale.com
Souvik Saha
Souvik.Saha@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6283
Facsimile: (202) 663-6363

Attorneys for Defendant *Northrop Grumman Systems Corporation*

ERVIN COHEN & JESSUP LLP

By: */s/ Jason L. Haas*

Randall S. Leff (No. 77148)
rleff@ecjlaw.com
Jason L. Haas (SBN 217290)
jhaas@ecjlaw.com
Amy S. Russell (SBN 284131)
arussell@ecjlaw.com
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Plaintiff *KST Data, Inc.*

## L.R. 5-4.3.4 Certification

I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: April 16, 2019                WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

                                     By: */s/ Christopher T. Casamassima*

                                     Christopher T. Casamassima (No. 211280)
                                     Chris.Casamassima@wilmerhale.com
                                     350 South Grand Avenue, Suite 2100
                                     Los Angeles, CA 90071
                                     Telephone: (213) 443-5300
                                     Facsimile: (213) 443-5400

                                     *Attorneys for* Defendant *Northrop Grumman Systems Corporation*