JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KST DATA, INC., | Case No. CV 17-5125-MWF (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT AFTER TRIAL** |
| NORTHROP GRUMMAN SYSTEMS CORPORATION, | |
| Defendant. | |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law.  Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

///

///

///

1     1.    As to Plaintiff KST Data, Inc.'s ("KST") claims for breach of contract and

2             the implied covenant of good faith and fair dealing, judgment is entered in

3             favor of KST and against Defendant Northrop Grumman Systems

4             Corporation.

5     2.    Damages are awarded to KST in the amount of $3,655,569.

6     3.    KST is awarded its costs and post-judgment interest as provided by law.

Dated:  June 10, 2020

MICHAEL W. FITZGERALD
United States District Judge

-2-